■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR PEREZ, Appellant.—Judgment, Supreme Court, Bronx County (Burton G. Hecht, J.), rendered on June 16, 1988, convicting defendant, upon his plea of guilty, of robbery in the second degree and sentencing him, as a predicate felony offender, to a term of from 4½ to 9 years' imprisonment, unanimously affirmed.

We are unpersuaded that the sentence imposed was unduly harsh or severe. Taking into account, among other things, the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction, we perceive no abuse of discretion warranting a reduction in sentence. *(People v Farrar,* 52 NY2d 302, 305.)

Further, defendant was sentenced in accordance with his

plea bargain and within statutory guidelines. "Having received the benefit of his bargain, defendant should be bound by its terms." *(People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918.)* Concur—Kupferman, J. P., Ross, Asch, Ellerin and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR DAVIS, Appellant.—Judgment, Supreme Court, Bronx County (Peggy Bernheim, J.), rendered on July 23, 1985, unanimously affirmed.